IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GOVERNMENT EMPLOYEES MEDICAL PLAN, a/k/a GEMPLAN, an Idaho Legal Entity; BOARD OF TRUSTEES OF GEMPLAN, in their Capacity as Trustees of the Trust Fund of GEMPLAN'S Self-funded Health Care Plan; and MUTUAL INSURANCE ASSOCIATES, INC., an Idaho Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> REGENCE BLUE SHIELD OF IDAHO, INC., an Idaho Corporation; and BLUE CROSS OF IDAHO HEALTH SERVICES, INC., an Idaho Corporation, <br><br> Defendants. | Case No. CV-04-284-E-BLW <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, that the motions for summary judgment (Docket Nos. 95, 104, 157,

and 158) be GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that

the motion for partial summary judgment (Docket No. 186) and motion for partial

**Judgment - 1**

summary judgment (Docket No. 188) are GRANTED.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to exclude expert testimony of William T. O'Brien (Docket No. 211) is GRANTED.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to exclude expert testimony of James Langenfeld (Docket Nos. 212 and 216) are DENIED.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motions to exclude (Docket Nos. 218, 220, and 221) are DEEMED MOOT as those matters were not considered by the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to seal (Docket No. 200) is GRANTED.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that by virtue of the resolution of the motions listed above, this matter shall be DISMISSED IN ITS ENTIRETY, and the Clerk of the Court is directed to close

the case.



DATED: **March 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 3**