IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GOVERNMENT EMPLOYEES MEDICAL PLAN a/k/a GEMPLAN, et al, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>REGENCE BLUE SHIELD OF IDAHO, INC., et al, <br><br>　　　　　Defendants. <br>_____ | Case No. CV-04-284-E-BLW <br><br>**ORDER ON MEMORANDUM DECISION FILED MARCH 31, 2006** |

In accordance with the Memorandum Decision filed March 31, 2006,

NOW THEREFORE IT IS HEREBY ORDERED, that the motions for summary judgment (Docket Nos. 95, 104, 157, and 158) be GRANTED.

IT IS FURTHER ORDERED, that the motion for partial summary judgment (docket no. 186) and motion for partial summary judgment (Docket No. 188) are GRANTED.

IT IS FURTHER ORDERED, that the motion to exclude expert testimony of William T. O'Brien (Docket No. 211) is GRANTED.

IT IS FURTHER ORDERED, that the motion to exclude expert testimony of

**Order on Memorandum Decision Filed March 31, 2006 – page 1**

Dockets.Justia.com

James Langenfeld (Docket Nos. 212 and 216) are DENIED.

IT IS FURTHER ORDERED, that the motions to exclude (Docket Nos. 218, 220, and 221) are DEEMED MOOT as those matters were not considered by the Court.

IT IS FURTHER ORDERED, that the motion to seal (Docket No. 200) is GRANTED.



DATED: **April 6, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court