IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GOVERNMENT EMPLOYEES MEDICAL PLAN, a/k/a GEMPLAN, an Idaho Legal Entity; BOARD OF TRUSTEES OF GEMPLAN, in their Capacity as Trustees of the Trust Fund of GEMPLAN'S Self-funded Health Care Plan; and MUTUAL INSURANCE ASSOCIATES, INC., an Idaho Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>REGENCE BLUE SHIELD OF IDAHO, INC., an Idaho Corporation; and BLUE CROSS OF IDAHO HEALTH SERVICES, INC., an Idaho Corporation,<br><br>      Defendants. | Case No. CV-04-284-E-BLW<br><br>**JUDGMENT** |

Defendant Regence Blue Shield of Idaho, Inc., having informed the Court that it agrees to the dismissal of its counterclaims – the only remaining issues in the case – without prejudice pursuant to 28 U.S.C. § 1367(c), and counsel all in agreement that final Judgment should be issued, and the Court finding good cause therefore,

**Judgment - 1**

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the counterclaims of Regence Blue Shield of Idaho, Inc. Are hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that by virtue of the resolution of the counterclaims as set forth above, this matter shall be DISMISSED IN ITS ENTIRETY, and the Clerk of the Court is directed to close the case.



DATED: **June 19, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**